UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 22-1080

UNITED STATES OF AMERICA

v.

DALE A. GRAVES

Magistrate Case No. 09960227 (Class A)

Offense on a Federal Reservation

BEFORE the **Honorable Matthew J. Skahill,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson, Esq.**, Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **19th day of February 2022**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**DALE A. GRAVES** did commit:

Weapon Possession in violation of 18 USC 930.

The name of the Complainant is **Luke D. Wilson, Esq.**

**LUKE D. WILSON, Esq.**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN ~~MY~~ via Zoom PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 5TH DAY OF MAY 2022.** Consistent with Rule 4.1 of Federal Rules of Criminal Procedure.

**HONORABLE MATTHEW J. SKAHILL**
**United States Magistrate Judge**

5/5/22 NK 6/2/22

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 19 February, 2022 while exercising my duties as a law enforcement officer in the Federal District of New Jersey

Subject Charged With 18 USC 930/Weapons posession after verbally identifying the location of the weapon prior to a vehicle search conducted by Senior airman Solana.

The foregoing statement is based upon:

- [ ] my personal observation
- [ ] my personal investigation
- [x] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02 19 2022 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 03/07/2022 13:12